1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7   UNITED STATES OF AMERICA,

                                                NO:  13-CR-0140-TOR
8                        Plaintiff,

                                                ORDER DENYING DEFENDANTS'
9        v.                                     MOTION FOR RECONSIDERATION

10  SINYO SILKEUTSABAY (1),
    LA LY YANG (2),
11  BOUALONG SILKEUTSABAY (3),
    KHAMLAY SILKEUTSABAY (4),
12
                         Defendants.
13

14        BEFORE THE COURT is Defendants' Motion for Reconsideration re:

15  Order on Motion to Continue (ECF No. 182).  The motion was submitted for

16  consideration without oral argument. The Court has reviewed the motion and the

17  file therein, and is fully informed.

18        Defendants are seeking reconsideration of the Court's prior ruling denying

19  their motion to continue the trial date currently scheduled for May 11, 2015.  In

20  their motion, Defendants again ask to continue the trial date to allow time for their

ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION ~ 1

interlocutory appeal of this Court's Order Denying Defendants' Motion to Dismiss (ECF No. 156) to be decided by the Ninth Circuit Court of Appeals.  Today the Court received a copy of the Circuit's mandate dismissing Defendants' appeal for lack of jurisdiction (ECF No. 183).   As a result, the Court sees no reason to delay the trial in this matter. Counsel has been given more than a reasonable amount of time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, Defendants' motion for reconsideration is denied.

**IT IS HEREBY ORDERED:**

1. Defendants' Motion for Reconsideration (ECF No. 182) is **DENIED**.

2. The pretrial conference/motions hearing set for **April 30, 2015, remains set**.  All remaining pre-trial motions, including motions *in limine* and *Daubert* motions, shall be filed and served on or before **April 16, 2015**, and noted for hearing at the pre-trial conference.  Any response to a pre-trial motion shall be filed and served in accordance with Local Rule 7.1. If the Court determines an evidentiary hearing is appropriate, the Court will notify the parties of the date and time for such hearing.

3. The jury trial remains set for **May 11, 2015, at 8:30 a.m.**, in Spokane, Washington.  Counsel shall appear in court at 8:30 a.m. on the first day of trial to address any pending pretrial matters. Jury selection will begin at 9:00 a.m.  Trial briefs, proposed voir dire, jury instructions, verdict

1    forms, <u>exhibit lists, and expert witness lists</u> shall be filed and served by

2    all parties on or before **seven (7) calendar days** prior to trial.

3        The District Court Executive is directed to enter this order and provide

4    copies to counsel.

5        **DATED** April 14, 2015.

6    

7                    THOMAS O. RICE
                United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION ~ 3