||  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF WASHIGNTON | |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SINYO SILKEUTSABAY,<br><br>Defendant. | No. 2:13-CR-00140-TOR-1<br><br>ORDER EXTENDING CURFEW<br><br>**MOTION GRANTED**<br>**(ECF No. 401)** |

Before this Court is Defendant's Motion and Declaration Re: Modifying Curfew Time. ECF No. 401. Specifically, Defendant, through counsel, requests that the Court extend his curfew, currently set from 8:00 p.m. to 7:00 a.m., to 10:00 p.m. to 7:00 a.m.

In his Declaration, Defense counsel recites that Defendant has been taking on odd jobs to earn money while on pretrial release. ECF No. 401 at 2. Defendant represents that extending his evening curfew by two hours, to the hour of 10:00 p.m., would allow him to complete these odd jobs and still return to his apartment on time. ECF No. 401 at 2. Defense counsel states that the United States objects to the requested modification. ECF No. 401 at 2.

ORDER - 1

Neither the Declaration of Counsel, nor the motion, recite the position of U.S. Probation on the requested modification. However, U.S. Probation moved this Court on August 21, 2017 to make a similar modification to Defendant's release conditions. *See* ECF No. 398 (order setting briefing schedule for parties to respond to proposed modification of removal of electronic monitoring and curfew).

In light of Defendant's instant motion, and further, having received no briefing regarding this Court's order at ECF No. 398, the Court finds that Defendant's pretrial release conditions shall be modified as follows:

    28.    Defendant shall be restricted to his residence every day from **10:00 p.m.** to **7:00 a.m.**

Defendant shall remain on electronic location monitoring. Defendant's motion, **ECF No. 401**, is **GRANTED**.

Also pending before the Court is Pretrial Services' Petition to discontinue electronic monitoring and remove Defendant's curfew entirely (petition attached). The matter will be determined without oral argument on **September 8, 2017**. The parties are permitted, but not required to, file briefing, but must do so by **5:00 p.m.** on **September 7, 2017**.

**IT IS SO ORDERED.**

DATED September 1, 2017.



_____
        JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2